UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Martin Stallsmith, | ) | CASE NO.: 5:10CV106 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Bureau of Collection Recovery, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On March 29, 2010, Plaintiff informed the Court via a notice of settlement (Doc. 3) that this matter had been resolved. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

March 30, 2010 ____/s/ Judge John R. Adams_____
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT

1